**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MANUEL CRISOSTOMO, SYLVIA
RIVERO, CARLOS FRAGAPANE,
RICARDO DOMINQUEZ, ELVIN
RODRIGUEZ,

          **Plaintiffs,**

-vs-                                     Case No. 6:07-cv-1796-Orl-28UAM

KUHN MANAGEMENT, INC.,

          **Defendant.**

_____

## ORDER

This case is before the Court on the Renewed Joint Report Regarding Terms of Settlement/Motion to Approve Settlement (Doc. No. 33) filed May 7, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 12, 2008 (Doc. No. 34) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion to Approve Settlement (Doc. No. 33) is **GRANTED**.

3. The settlement between Plaintiffs Sylvia Rivero, Carlos Fragapane, Elvin Rodriguez and Ricardo Dominguez and the Defendant is approved to the extent it is a fair and reasonable resolution of a bona fide dispute.

4. The claims brought by Plaintiffs Sylvia Rivero, Carlos Fragapane, Elvin Rodriguez and Ricardo Dominguez, are dismissed with prejudice.

5. The claims of Plaintiff Manuel Crisostomo shall proceed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 2nd day of June, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party