# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MANUEL CRISOSTOMO, SYLVIA
RIVERO, CARLOS FRAGAPANE,
RICARDO DOMINQUEZ,,

                Plaintiffs,

-vs-                                      Case No. 6:07-cv-1796-Orl-28UAM

KUHN MANAGEMENT, INC.,

                Defendant.
_____

## ORDER

This case is before the Court on the Renewed Joint Motion and Stipulation for Approval of Settlement Agreement and Joint Motion to Dismiss Case with Prejudice (Doc. No. 55) filed April 3, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection as to Magistrate's Report and Recommendation (Doc. 59), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 4, 2009 (Doc. No. 58) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion to Approve Settlement is **GRANTED** to the extent that the Court finds the parties' settlement to be a fair and reasonable resolution of a bona fide Fair Labor Standards Act dispute.

3. Plaintiff's Amended Motion for Status Conference (Doc. 57) is **DENIED as moot.**

4. This case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __27__ day of May, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party